UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs.　　　　　　　　　　　　　　　　　　　　CASE NO. 3:97-cr-215-J-20

ALFRED LEE JACKSON
_____/

## ORDER

This cause is before this Court on Defendant's Motion for Relief from Judgment and Memorandum in support (Dkts. 105 and 106). As this Court and the Eleventh Circuit have determined (Dkts. 100 and 104) that Defendant was sentenced as a career offender so he is ineligible for a reduction in his previously imposed sentence pursuant to 18 U.S.C. § 3582(c)(2).

Accordingly, it is **ORDERED**:

Defendant's Motion for Relief from Judgment (Dkt. 105) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of March, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alfred Lee Jackson, *pro se*
Bonnie Ames Glober, Esq.