UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
DSY
2010 OCT 19  P 3: 40
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,

vs.                                                                 CASE NO. 3:97-cr-215-J-20

ALFRED LEE JACKSON
_____/

## ORDER

This cause is before this Court on Defendant's "Rule 60(b)(6). In Alternative Motion to Reconsider" (Dkt. 108), and the government's response thereto (Dkt. 110). In this motion, Defendant seeks this Court to reconsider a previous Order denying Defendant's Motion to Reduce Sentence (Dkt. 100). There is no reason to reconsider that Order.

Accordingly, it is **ORDERED**:

Defendant's "Rule 60(b)(6). In Alternative Motion to Reconsider" (Dkt. 108) is **DENIED**.

DONE AND ORDERED at Jacksonville, Florida, this 19th day of October, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alfred Lee Jackson, *pro se*
Ronald T. Henry, Esq.